UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION FILE NO.:  14-350 |
| v. | |
| PAUL SUTTLES, JUNE PERRY, SPECIALIZED TRANSPORTATION AGENT GROUP, INC., and RYDER TRUCK RENTAL, INC., | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW all parties to the action, by and through the undersigned counsel, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) dismiss this action without prejudice.  Each party shall bear its own fees and costs associated with the action.

Respectfully submitted, this the 20th day of November, 2014.

HIGGINS, CAVANAGH & COONEY, LLP
By /s/ STEPHEN B. LANG_____
    STEPHEN B. LANG #0145
    Attorney for Great American
    Assurance Company

123 Dyer Street
Providence, RI 02903
Telephone: (401)272-3500
Facsimile: (401)273-8780 Email:
slang@hcc-law.com

ROB LEVINE & ASSOCIATES, LTD.

By /s/ BENJAMIN A. PUSHNER
      BENJAMIN A. PUSHNER #5565
      Attorney for June Perry

544 Douglas Avenue
Providence, RI 02908
Telephone: (401) 621-7000
Facsimile: (401) 429-0286
Email: bpushner@roblevine.com

PEABODY & ARNOLD LLP

By /s/ SCARLETT M. RAJBANSHI
      SCARLETT M. RAJBANSHI #7800
      Attorney for Specialized
      Transportation Agent Group, Inc. and
      Ryder Truck Rental, Inc.

Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 951-2100
Email: srajbanshi@peabodyarnold.com

HANSON CURRAN LLP

By /s/ JAMES T. MURPHY
      JAMES T. MURPHY #1698
      Attorney for Paul Suttles

One Turks Head Place
Suite 550
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

### CERTIFICATE OF SERVICE

I, Stephen B. Lang, certify that on the 20th day of November, 2014, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system by all counsel of record.

/s/ Stephen B. Lang